PROB 12A
(6/21)

# United States District Court

for

District of New Jersey

Report on Individual Under Supervision

Name of Individual Under Supervision: Victor Osorio                Cr.: 21-00114-001
                                                                  PACTS #: 6089513

Name of Sentencing Judicial Officer:   THE HONORABLE KEVIN MCNULTY
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 08/10/2021

Original Offense:   Count One: Concealment of Assets in Bankruptcy, 18:152(1)

Original Sentence: 3 years' probation

Special Conditions: Special Assessment, Restitution - Money, Financial Disclosure, Location Monitoring Program, No New Debt/Credit

Type of Supervision: Probation                      Date Supervision Commenced: 08/10/2021

## STATUS UPDATE & INTERNATIONAL TRAVEL REQUEST

Mr. Osorio is currently supervised by our office on the low-intensity caseload. Mr. Osorio recently requested international travel to the Dominican Republic from March 7, 2023, to return on March 15, 2023. Mr. Osorio indicated that the purpose of this travel was to handle unpaid property taxes.

The purpose of this report is to notify the Court about the document Mr. Osorio received from the Dominican Republic's government. Our office received this document from Mr. Osorio on February 28, 2023. The document was sent at the request of Magistrate Carlos Vidal Montilla, Fiscal Prosecutor of the Department of Attention of the Prosecutor's Office, from the city of Santo Domingo, National District, capital of the Dominican Republic. Mr. Osorio was summoned to appear before Magistrate Carlos Vidal Montilla, Fiscal Attorney to be heard in relation to the process followed to the commercial company Brinfer Business group, S.R.L. for violation of articles 147, 151, and 405 of the Dominican Penal Code.

U.S. Probation Officer Action:

The undersigned has tried to contact the Dominican Republic Consulate General in New York for more information regarding this matter. Our office has not been able to reach anyone in their office, but we will continue to monitor Mr. Osorio's dealings with the Dominican Republic's government. Our office will notify the court right away if we are presented with information regarding this matter. The Probation Office recommends no formal Court action to be taken at this time and that Mr Osorio be permitted to travel to the Dominican Republic to address this matter. We request that your Honor indicate the instructions of the court below.

Prob 12A – page 2
Victor Osorio

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Kelsey Immendorf*

By: Kelsey N. Immendorf
     Probation Services Technician

/kni

APPROVED:

*Steve Alfrey*      3/14/2023
_____
STEVEN ALFREY     Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time & Travel Approved (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

/s/ Kevin McNulty
_____
Signature of Judicial Officer

3/14/2023
_____
Date